IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY LOGGIA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NATIONAL RAILROAD PASSENGER | : | |
| CORPORATION (AMTRAK) | : | NO. 16-3853 |

## O R D E R

**AND NOW, TO WIT:** this 28th day of March, 2017, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**KATE BARKMAN**, Clerk of Court

BY: S/Rose A. Barber
Rose A. Barber
Deputy Clerk – Civil
For Judge Gene E.K. Pratter

By ECF:
David M. Murdza
John A. Bonventre
Michael J. Olley